**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD DANDAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 12-151 Erie |
| v. ) | |
| ) | |
| KEN CAMERON, et al., ) | |
| ) | |
| Respondents. ) | |

MEMORANDUM ORDER

This action was received by the Clerk of Court on July 3, 2012, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 2], filed on July 16, 2012, recommended that the petition for writ of habeas corpus be summarily dismissed without service pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases, and that a certificate of appealability be denied. Petitioner was allowed fourteen (14) days from the date of service to file objections. Petitioner filed objections on August 17, 2012 [ECF No. 8]. After de novo review of the documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 23rd day of August, 2012;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is summarily DISMISSED without service pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases, and a certificate of appealability is DENIED.

The Report and Recommendation [ECF No. 2] of Magistrate Judge Baxter, filed on July 16, 2012, is adopted as the opinion of the Court.

                s/ Sean J. McLaughlin
                  United States District Judge

cm: All parties of record
   Susan Paradise Baxter, U.S. Magistrate Judge